IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRAPER FRANK WOODYARD, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-00566-WS-N |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|      Defendants. | ) |

ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A), and dated July 18, 2013, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's motion for a preliminary injunction (docs. 4, 13) be and is hereby **DENIED**.

**DONE** this 5th day of August, 2013.


/s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE