# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    CIVIL ACTION 12-0566-WS-N |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the order of Court dated September 26, 2014, the plaintiff shall have and recover nothing of the defendants Alabama Department of Corrections, Tony Patterson, Gwendolyn Givens, Jesse Walter Bishop and Ronzella Howard. Judgment is hereby entered in favor of defendants Alabama Department of Corrections, Tony Patterson, Gwendolyn Givens, Jesse Walter Bishop and Ronzella Howard and against plaintiff Draper Frank Woodyard.

DONE and ORDERED this 26th day of September, 2014.

                                          s/ WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE