IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRAPER FRANK WOODYARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-0566-TM-N |
| ) | |
| DAVID LEGGETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above-styled action came on for trial by jury on October 30 and 31, 2018, before United States District Judge Terry F. Moorer. The jury was selected by Judge Moorer on October 30, 2018, the jury was sworn, and trial commenced. After jury selection, but prior to the jury being sworn, the parties advised the Court that they had agreed to have the jury determine damages in addition to determining liability instead of bifurcating trial into a jury trial on liability and bench trial on damages.

On October 30, 2018, Plaintiff presented his case-in-chief and rested. At the close of the Plaintiff's case the Defendant's oral motion for judgment as a matter of law (Doc. 175) was **DENIED** for the reasons set forth on the record. Defendant then began presentation of his case.

On October 31, 2018, a hearing was held outside the presence of the jury, during which the Court heard the parties' arguments regarding admission of Defendant's exhibits 3 & 6, admitted Defendant's exhibit 6, but sustained Plaintiff's objection to exhibit 3. The Defendant then continued presentation of his case, and rested. At the close of all the evidence, the Court **DENIED** the Defendant's orally renewed motion for judgment as a matter of law (Doc. 177), and **DENIED**

Plaintiff's oral motion for directed verdict (Doc. 178) for the reasons set forth on the record. The Court held a charge conference with counsel, the respective parties presented their closing arguments to the jury, the Court charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 31st day of October, comes the jury who having heard the evidence, the arguments of counsel, and the charge of the court, and having considered the same upon their oaths, return their verdict (a copy of which is attached hereto) into open court with counsel present.

By separate document, the Court will enter judgment in accordance with the verdict of the jury.

**DONE and ORDERED** this 1st day of November, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE