# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 12-0566-TM-N |
| **DAVID LEGGETT,** | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** and **DECREED** that **JUDGEMENT** is hereby entered in favor of Defendant, David Leggett, and against Plaintiff, Draper Frank Woodyard, with respect to Plaintiff's failure to protect claim. Accordingly, the Plaintiff's failure to protect claim is hereby **DISMISSED with prejudice.**

The Clerk of Court is directed to close this case.

**DONE and ORDERED** this 1st day of November, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE